UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH MOORE, JR.,

    Plaintiff,

vs.                                Case No.: 1:25-cv-55/MCR/ZCB

WRITEAPRISONER.COM,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 31, 2025. (Doc. 5). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to close the case and terminate all pending motions.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**